NUMBERS 13-01-073-CR, 13-01-074-CR, and 13-01-075-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________

CODY WAYNE McCARRELL , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the 252nd District Court 

of Jefferson County, Texas.

___________________________________________________________________
O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Dorsey

Opinion Per Curiam


Appellant, CODY WAYNE McCARRELL , perfected appeals from judgments entered by the 252nd District Court of
Jefferson County, Texas, in cause numbers 77159, 77160, and 75725 . Appellant has filed motions to dismiss the appeals. 
The motions comply with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motions to dismiss the appeals, is of the opinion that
appellant's motions to dismiss the appeals should be granted. Appellant's motions to dismiss the appeals are granted, and
the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 7th day of June, 2001 .